RIVERSIDE ST. CLAIR CORPORATION, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued March 13, 1942; decided May 28, 1942.

*Joseph W. Zeller* for appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Paxton Blair* of counsel), for respondent.

Judgment of Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. Upon the theory on which the case was tried, a question of fact was presented in regard to the defendant's negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.